**David Allen MARTIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 54621.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 16, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 12, 1988.

Helen Chris Taylor, Clayton, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 27.26 motion without an evidentiary hearing. We affirm the motion court's order as movant has failed to show that the findings, conclusions and judgment were clearly erroneous. Rule 27.26(j). Because it would serve no precedential purpose, we affirm the order without written opinion under Rule 84.16(b).